Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorney for Plaintiff,*
*Bilal Elkaissi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL ELKAISSI<br><br>       Plaintiff,<br><br>v.<br><br>FOUNTAIN VALLEY REGIONAL MEDICAL CENTER; AND RMP SERVICES LLC<br><br>       Defendant. | Case No.: 8:24-cv-00143-MRA-ADS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS FOUNTAIN VALLEY REGIONAL MEDICAL CENTER and RMP SERVICES LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff Bilal Elkaissi ("Plaintiff") and Defendants Fountain Valley Regional Medical Center ("FVRMC") and RMP Services LLC ("RMP") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendants within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendants FVRMC and RMP. Plaintiff also requests that this Court vacate the Order to Show Cause (Doc. 020) and accept this Notice of Settlement as an appropriate response

to the order. Plaintiff further requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: April 30, 2024   By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
yh@lawhammoud.com

Attorney for Plaintiff
Bilal Elkaissi

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Najmia Manjoo*